UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


UNITED STATES OF AMERICA                                           PLAINTIFF

V.                                        CRIMINAL ACTION NO.: 3:07CR-10-01-R


FREDDIE JOHNSON                                                    DEFENDANT


## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING


Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 ,2 & 4 of the Superseding Indictment  is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **September 4, 2007 at 12:00 p.m.**, before the Honorable Thomas B. Russell, Judge United States District Court.


Copies to: U.S. Attorney
            U.S. Marshal
            U.S. Probation
            Counsel of Record